UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEVE DIXON,<br><br>Petitioner,<br><br>v.<br><br>JARED R. LOZANO, Warden,<br><br>Respondent. | No. 2:20-cv-00604 KJM GGH P<br><br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the April 15, 2020 findings and recommendations. ECF No. 7.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 7) is granted; and

2. Petitioner shall file his objections on or before May 20, 2020.

Dated: May 1, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE